\*\*\*   REC 2010292   085745 H4E608E0 CIKD   CIPQYA5   PQA5   (F-CIK )   \*\*\*

SOCIAL SECURITY ADMINISTRATION

Date: October 19, 2010
Claim Number: 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A
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AI

JULIO LUNA
18 HOPE LN BASEMENT
STATEN ISLAND NY 10305-3861



OFFICIAL COPY
SOCIAL SECURITY
BENEFIT LETTER

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2009, the full monthly
Social Security benefit before any deductions is......$ 486.00

We deduct $96.50 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 389.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the second Wednesday of each month.

There was no cost of living adjustment in Social Security benefits in December 2009. The benefit amount shown is current as of the date on this letter.

Medicare Information

You are entitled to hospital insurance under Medicare beginning July 2007.

You are entitled to medical insurance under Medicare beginning July 2008.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 718-556-2529. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 2ND FLOOR
> 1510 HYLAN BLVD
> STATEN ISLAND, NY 10305

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

                                            OFFICE MANAGER