LIST OF CREDITORS

AFNI, Inc.
404 Brock Drive
Bloomington, IL  61701

Antonio's Restaurant Supplies
815 Fairview Avenue, Unit #6
Fairview, NJ  07022

Aspire
PO Box 105555
Atlanta, GA  30348

Beverage Wholesale
616 Berriman Street
Brooklyn, NY  11208

Brooklyn Cooperative FCU
c/o Elliot Phillips
Kirschenbaum & Phillips, PC
3000 Hempstead Tpk., 4th Fl.
Levittown, NY  11756

CBA/New York Association
2 Washington Street
New York, NY  10004

ConEdison
Cooper Station
PO Box 138
New York, NY  10276

GEMB/ Banana Republic
Bankruptcy Dept.
PO Box 103104
Roswell, GA  30076


Los Albos Corp
d/b/a Segovia's Meats
91-05 31st Avenue
Flushing, NY  11369


Monica Realty LLC
361 76th Street
Brooklyn, NY  11209


Mr. T Carting Corp.
73-10 Edsall Avenue
Glendale, NY  11385-8220


NYC DEP
PO  Box 410
Church Street Station
New York, NY  10008


National Grid
One MetroTech Center
16th Floor
Brooklyn, NY  11201


Paul Michael Marketing
186-09 Union Turnpike
Flushing, NY  11366

Verizon
c/o Bankruptcy Group
3900 Washington St., Fl. 1
Wilmington, DE  19802

Verizon
c/o Bankruptcy Group
3900 Washington St., Fl. 1
Wilmington, DE  19802

Victoria's Secret
PO Box 182789
Columbus, OH  43218